IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 10-cr-00176-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO ELIODORO DIAZ-CRUZ,
  a/k/a Eliodoro Diaz-Cruz,
  a/k/a Jorge Arias,

    Defendant.

## ORDER SETTING TRIAL DATES AND DEADLINES

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **April 28, 2010** and responses to these motions shall be filed by **May 7, 2010**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **June 4, 2010 at 8:30 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **June 14, 2010 at 9:00 a.m.**, in Courtroom A602.

    DATED: April __13__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge